# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  vs.<br><br>ADAM KRETZER,<br><br>          Defendant. | **ORDER**<br><br>PO-22-05058-GF-JTJ |

Upon the motion by the Defendant to reset the Initial Appearance and appear remotely in this case, IT IS HEREBY ORDERED that the Initial Appearance in this matter is RESET for September 30, 2022 at 9:00 a.m. The defendant may appear by telephone. The call-in number is as follows: 877-402-9753; access code: 5136505.

DATED this 15th day of August, 2022.

_____
John Johnston
United States Magistrate Judge